UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

WILLIAM DELP,

Defendant.

18 Cr. 45 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a conference on **June 22, 2022, at 11:00 a.m.**, to discuss Defendant William Delp's efforts to obtain employment. The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

If Mr. Delp secures employment prior to the scheduled conference, he may file a letter on the docket seeking an adjournment of the conference.

SO ORDERED.

Dated:  April 20, 2022
        New York, New York

KATHERINE POLK FAILLA
United States District Judge